FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2021

No. 04-20-00224-CV

**ALLSTATE COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Laura **WALKER**, Brian Briseno and Troy Pace, Jr.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI06959
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

On October 26, 2020, we granted appellant Allstate County Mutual Insurance Company's opposed motion to stay this appeal pending final disposition of *Allstate Insurance Company v. Daniel Wes Irwin*, cause no. 19-0885 in the Supreme Court of Texas. On September 3, 2021, the Supreme Court of Texas issued its mandate in that cause. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. It is further ORDERED that appellant's brief is due no later than thirty days from the date of this order.

On June 14, 2021, appellee Laura Walker filed a "Motion to Lift the Court's Stay of the Appeal, and Motion to Render Judgment & Affirm the Trial Court's Judgment." Appellee's motion is DENIED AS MOOT as to appellee's request to lift the stay, and the motion is DENIED WITHOUT PREJUDICE to appellee including arguments related to our judgment or the trial court's judgment in her brief.

_____
Rebeca C. Martinez, Chief Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court